IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTONIO WALLACE,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 09-0495-CG-M |
| **RICHARD ALLEN, et al.,** | : |
| **Defendants.** | : |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 8th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE